UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANGELO DAVIS,

    Plaintiff,

v.

CHARLES RETTIG, et al.,

    Defendants.

Case No. 23-cv-00362-PJH

**ORDER OF DISMISSAL**

Re: Dkt. No. 4

    Plaintiff, a West Virginia state prisoner proceeding pro se, filed a civil action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee or filed a complete application to proceed IFP. The case is **DISMISSED** without prejudice and the pending motion (Docket No. 4) is **DENIED** as moot.

    **IT IS SO ORDERED.**

Dated: March 2, 2023

                                                       /s/ Phyllis J. Hamilton
                                                       PHYLLIS J. HAMILTON
                                                       United States District Judge